UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY LEROY WILSON, Jr., CDCR #78443,<br><br>    Plaintiff,<br>v.<br><br>ISMAEL BRIZYELA, et al.,<br><br>    Defendants. | Case No. 06cv2420-WQH (BLM)<br><br>**ORDER GRANTING MOTION REQUESTING EXTENSION OF TIME TO RESPOND**<br><br>**[Doc. No. 29]** |

  On August 3, 2007, Plaintiff filed a request seeking additional time to oppose Defendants' motion to dismiss. Doc. No. 29. Therein Plaintiff alleges that he has been unable to prepare an opposition because the prison law library has been closed for two months and he has been unable to obtain access to legal materials. Id. The prison librarian did inform him, however, that if he requests specific materials, she can photocopy them and send him the materials. As such, it appears Plaintiff will now have access to legal materials.

  In light of this request, the Court finds good cause to **GRANT** Plaintiff's motion for a limited extension of time to oppose Defendants' motion to dismiss. Plaintiff, therefore, shall file his opposition on

1  or before **October 9, 2007**.  Defendants shall file their reply, if any,
2  on or before **October 23, 2007**.  The hearing date is hereby continued to
3  **October 30, 2007** at **9:00 a.m.**  However, *unless the Court directs*
4  *otherwise in advance, pursuant to Local Rule 7.1(d)(1), the matter will*
5  *be resolved without oral argument and no personal appearances are*
6  *required on* **October 30, 2007** *at* **9:00 a.m.**
7      **IT IS SO ORDERED.**
8  DATED: August 9, 2007

                                        */s/ Barbara L. Major*
                                      BARBARA L. MAJOR
                                      United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL