UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY LEROY WILSON, Jr., CDCR #78443,<br><br>             Plaintiff,<br>v.<br><br>ISMAEL BRIZYELA, et al.,<br><br>             Defendants. | Case No. 06cv2420-WQH (BLM)<br><br>**ORDER GRANTING SECOND MOTION REQUESTING EXTENSION OF TIME TO RESPOND**<br><br>**[Doc. No. 34]** |

On September 25, 2007, Plaintiff filed a second request seeking additional time to oppose Defendants' motion to dismiss. Doc. No. 34. The Court granted Plaintiff's first request on August 9, 2007. Doc. No. 32.

Plaintiff submits that he cannot comply with the October 9, 2007 deadline for filing an opposition because he remains unable to access a law library. Doc. No. 34. He presents evidence showing that the prison library has been closed for months and did not reopen until the day before he was released from custody. Id. The residential treatment facility at which he now resides does not have a library and he is not allowed to leave the facility. Id. Plaintiff submitted a letter from

the executive director of the facility, which confirms that Plaintiff entered the program on September 19, 2007, and will not be allowed to leave the facility for personal reasons (such as to go to a law library) for the first sixty days.  Id.

In light of this request and the evidence presented, the Court finds good cause to **GRANT** Plaintiff's motion for an extension of time to oppose Defendants' motion to dismiss.  Recognizing that for sixty days from September 19, 2007, Plaintiff will be unable obtain personal passes to access a law library (see Doc. No. 34 at 8), the Court hereby grants Plaintiff an extension to **December 14, 2007** to file his opposition.  Defendants shall file their reply, if any, on or before **December 21, 2007**.  The hearing date is hereby continued to **January 3, 2008** at **9:00 a.m.**  However, *unless the Court directs otherwise in advance, pursuant to Local Rule 7.1(d)(1), the matter will be resolved without oral argument and no personal appearances are required on* **January 3, 2008** at **9:00 a.m.**

**IT IS SO ORDERED.**

DATED:  October 3, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL