UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY LEROY WILSON, Jr., CDCR #78443, <br><br> Plaintiff, <br> v. <br><br> ISMAEL BRIZYELA, et al., <br><br> Defendants. | Case No. 06cv2420-WQH (BLM) <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

  Defendants I. Brizuela and H. Rubio recently filed an answer to Plaintiff's Second Amended Complaint. Doc. No. 48. In order to discuss scheduling in this case, the Court hereby orders Plaintiff and counsel for Defendants to appear for a Case Management Conference on **March 20, 2008** at **10:00 a.m.** in **Courtroom A**. Failure to comply with this Order may result in the imposition of sanctions.

  **IT IS SO ORDERED.**

DATED: March 7, 2008

               _/s/ Barbara L. Major_
               BARBARA L. MAJOR
               United States Magistrate Judge

```
 1  COPY TO:

 2  HONORABLE WILLIAM Q. HAYES
    U.S. DISTRICT JUDGE
 3
    ALL COUNSEL
 4

 5  TEDDY LEROY WILSON, Jr.
    733 SOUTH SANTA FE AVE.
 6  VISTA, CA 92083

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```