UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY LEROY WILSON, Jr., CDCR #78443,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ISMAEL BRIZYELA, et al.,<br><br>　　　　　　Defendants. | Case No. 06cv2420-WQH (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

　　　A Mandatory Settlement Conference was held on October 6, 2008 at 9:30 a.m. The case settled and the terms of the settlement were placed on the record (BLM08:1:0-8:31).

　　　The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **January 8, 2009**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **January 8, 2009**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **January 13, 2009** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major and District Judge Hayes are hereby vacated.

**IT IS SO ORDERED.**

DATED: October 6, 2008

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL